IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TERENCE IGNACIO, | ) | CV 11-00516 SOM-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF HAWAII, HAWAII POLICE DEPARTMENT; HARRY S. KUBOJIRI; DOE DEFENDANTS 1-100, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 31, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Defendants' Bill of Costs be Granted in Part and Denied in Part" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 17, 2013.



    /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge